## MORRIS *v.* SAYE *et al.*

BELL, Justice. The court did not err in refusing an interlocutory injunction. *Standard Oil Co.* v. *Kahn,* 165 *Ga.* 575 (141 S. E. 643); *Barton* v. *Rogers,* 166 *Ga.* 802 (144 S. E. 248).

*Judgment affirmed. All the Justices concur.*

No. 10742. JUNE 13, 1935.

*A. F. Jenkins,* for plaintiff.   *C. S. Baldwin Jr.,* for defendants.